UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL C. GINART, JR. d/b/a LAW OFFICE OF TONRY & GINART** | CIVIL ACTION |
| | No. 07-6428 |
| **VERSUS** | c/w 07-6943 |
| | REF: All Cases |
| **STATE FARM FIRE AND CASUALTY COMPANY** | SECTION I/1 |

### ORDER

Before the Court is a motion for partial summary judgment as to mental anguish claims,[1] filed on behalf of defendant, State Farm Fire and Casualty Company ("State Farm"). Plaintiff, Michael C. Ginart, Jr., d/b/a Law Office of Tonry & Ginart ("Ginart"), has opposed the motion.[2]

State Farm asks for dismissal of "any claims Plaintiff <u>might make</u> for mental anguish damages."[3] Nowhere in either of the state court complaints removed to this Court, in the first amended complaint filed June 4, 2008, or in his opposition to the present motion does Ginart allege facts to support a claim for mental anguish damages.[4] State Farm seeks summary judgment on a claim that does not exist. The Court lacks any pertinent factual allegations to bound its inquiry, and declines to issue a declaratory statement of the law on mental anguish damages.

---

[1] R. Doc. No. 52.

[2] R. Doc. No. 67.

[3] R. Doc. No. 52-2, mem. supp. 1 (emphasis added).

[4] In his opposition, Ginart attaches the Order and Opinion of Judge Duval in <u>Perrien v. State Farm Insurance Company</u>, No. 06-8087 (E.D. La. July 14, 2008), which concludes that La. Rev. Stat. § 22:1220 "creates a separate cause of action for general damages, including damages for mental anguish and distress." <u>Id.</u> at 3. In each of the complaints filed in state court, Ginart references § 22:1220, but solely in connection with a request for penalties and attorney's fees. <u>See</u> R. Doc. No. 1-2, compl. ¶12; Docket No. 07-6943, R. Doc. No. 1-2, compl. ¶15.

Accordingly, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, August 20, 2008.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**